

FILED
DEC 3 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TEDRA HANKS, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.                                                  CIVIL ACTION NO. 2:19cv428

SHAFER LAW FIRM, PC
and
JOHN DOES 1-25,

    Defendants.

## ORDER

This matter comes before the court on the Defendant, Shafer Law Firm, PC's (the "Shafer Firm"), Motion to Dismiss for Failure to State a Claim, ECF No. 8, and corresponding Memorandum in Support, ECF No. 9; Plaintiff, Tedra Hanks' ("Plaintiff"), Memorandum in Opposition, ECF No. 11; and Shafer Firm's Reply, ECF No. 14.

On October 15, 2019, the matter was referred to United States Magistrate Judge Douglas E. Miller pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct necessary hearings, including evidentiary hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the Motion to Dismiss. ECF No. 15. The Magistrate Judge's Report

and Recommendation ("R&R"), which recommended granting the Motion to Dismiss, was filed on November 14, 2019. ECF No. 16. In the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date of the mailing of the R&R to the objecting party. Id. at 13-14. Plaintiff filed a timely Objection to the R&R. ECF No. 17.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the court, having reviewed the record in its entirety, shall make a de novo determination of those portions of the R&R to which the Plaintiff has specifically objected. Fed. R. Civ. P. 72(b). The court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to him with instructions. 28 U.S.C. § 636(b)(1).

Having reviewed the record and the Objection to the R&R, and having made a de novo determination thereto, the court hereby **OVERRULES** Plaintiff's Objection. The court **ADOPTS AND APPROVES IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned R&R, ECF No. 16, filed on November 14, 2019. Accordingly, Defendant, Shafer Firm's Motion to Dismiss, ECF No. 8, is **GRANTED**. Accordingly, the Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment for the Defendant.

The Clerk is also **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

December 13, 2019